
FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 20 2015

CATHY S. LUSK, CLERK

Case Number 12-14-00139-CV

CAUSE NO. 13-3367-E

IN THE MATTER OF THE MARRIAGE OF JULIA ELAINE GARDNER AND JOHN KEVIN GARDNER

IN 12th COURT OF APPEALS FOR SMITH COUNTY, TEXAS

MOTION FOR ENFORCEMENT & MOTION FOR TRIAL DUE TO UNDISCLOSED PROPERTY

TO THE HONORABLE JUDGE OF SAID COURT:

This motion for Enforcement & MOTION FOR TRIAL DUE TO UNDISCLOSED PROPERTY

1. Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas rules of civil procedure and was to be produced on or before February of 2014
   The parties entitled to notice are as follows:
   a. Respondent, Julia Elaine Gardner, who is the respondent, should be 10631 Bluebird Lane, Tyler Texas 75703 or 16489 Echo Glen, Tyler Texas 75703.

   The discovery paperwork produced by Julia Elaine Gardner was a joke. It did not disclose even a small portion of the property owned by John Kevin Gardner and Julia Elaine Gardner. The discovery paperwork produced by Julia Elaine Gardner claimed that Julia Elaine Gardner only had $20 in a single bank account. John Kevin Gardner & Julia Elaine Gardner actually had close to $100,000.00 in 5 separate bank accounts (2 accounts with Southside bank, 2 accounts with Regions bank, and 1 account with First Bank & Trust)
   Julia Elaine Gardner has not worked or had any income since before we were married. This means that Julia Elaine Gardner would have this court believe that she has maintained 2 homes, paid all utility bills, bought gas, paid for food, auto insurance, as well as returned $1,000 to John Kevin Gardner with the $20 that she claimed was all she had, for the past 2 years.

Julia Elaine Gardner is in contempt of court for violating the court orders as set forth above.

Movant requests that for the violation alleged above, respondent be held in contempt, jailed for up to 180 days, and fined up to $500.
Movant requests that respondent be confined in the county jail until respondent complies with the order of the court.
Movant requests that respondent be placed on community supervision for ten years on release from jail or suspension of commitment.

Movant requests that, if the court finds that any part of the order sought to be enforced is not specific enough to be enforced by contempt, the court enter a clarifying order more clearly specifying the duties imposed on respondent and giving respondent a reasonable time within which to comply.

Movant prays that this court order Julia Elaine Gardner to produce all bank statements and other items required by, and under level 2 of rule 190 of the Texas rules of civil procedure. Movant also prays that this court will grant a hearing for enforcement and hold Julia Elaine Gardner in contempt of court and prosecute Julia Elaine Gardner to the full extent of the law for violating the court orders. Movant has waited for almost 2 years for the return of his personal clothing and property.

John Kevin Gardner

8-20-15

Certificate of service

As required by Texas rule of appellate procedure 6.3 and 9.5 (b), (d), (e), I certify that I have served this document on all other parties which are listed below on 8-20-2015 as follows:

1 Joe Thigpen

Attorney at law

110 North College

Suite 1401

Tyler Texas 75702

903-595-0998

903-595-1299 (fax)

By

☐ Personal delivery

☐ Mail

☐ Commercial delivery service

☑ Fax

John Kevin Darcher

Signature

8-20-15

Date